IN RE ADVISORY OPINION TO THE GOVERNOR.

Opinion Filed November 8, 1918.

Supreme Court of Florida,
Tallahassee, November 8, 1918.

The terms of office of members of the Legislature begin upon their election under the Constitution.

State of Florida, Executive Chamber,
Tallahassee, November 7, 1918.

To the Supreme Court of the State of Florida,
    Tallahassee, Florida.
Gentlemen:

As there are several important matters, involving the welfare of the State of Florida, which will not wait until April for settlement and solution, I am writing your Honorable Body as to whether, in the exercise of the Executive function as Governor, in the calling of the Legislature of the State of Florida into extra session, it would be my duty to call the members, who formerly sat as your Legislature, or those who were elected on Tuesday, November 5th, into Executive Session.

Yours very truly,
SIDNEY J. CATTS,
Governor.

Supreme Court of Florida,
Tallahassee, November 8, 1918.

To His Excellency,
    Sidney J. Catts, Governor.
Sir:

Replying to your letter of the 7th instant, it is our

opinion that the members of the House of Representatives elected November 5, 1918, and the members of the Senate elected at that time, together with the members of the Senate who, at the general election in 1916, were elected for four years, constitute the members of the Legislature during the period between the general elections in 1918 and 1920. See Section 3, Article III, and Section 2, Article VII of the Constitution as amended in 1896, Laws 1895, page 368.

> Very respectfully,
> JEFFN. B. BROWNE,
>                   Chief Justice.
> R. F. TAYLOR,
> J. B. WHITFIELD,
> W. H. ELLIS,
> T. F. WEST,
>       Justices Supreme Court.